UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CENTER PROPERTIES (VALLEY VILLAGE), L.P.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01701 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 7) |

　　　The parties report they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 7 at 2) Thus, the Court **ORDERS**:

　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than March 26, 2020**;

　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:   **February 16, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE