UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTER PROPERTIES (VALLEY VILLAGE), L.P.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-01701 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE AND TO CLOSE IT<br>(Doc. 9) |

　　　The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) to dismiss this action has with prejudice with each side to bear their own fees and costs. (Doc. 9) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　Dated: __**March 19, 2021**__　　　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE